WILLIAM G. SCHROEDER (Revived in name of Anna
Kendall), Respondent, v. AURELIUS C. TURPIN,
Appellant.

Springfield Court of Appeals, November 2, 1909.

JURISDICTION: Supreme Court: In Action to Set Aside Deeds on
Grounds of Fraud in Their Procurement. In an action to
set aside deeds on the alleged ground of fraud in their pro-
curement, the title to real estate is directly involved, and the
jurisdiction of the subject-matter is by the Constitution of the
State, vested solely in the Supreme Court.

Appeal from Howell Circuit Court.—*Hon. W. N. Evans,*
Judge.

TRANSFERRED TO SUPREME COURT.

*J. N. Burroughs* for appellant.

*O. L. Haydon* and *W. P. Campbell* for respondent.

GRAY, J.—This is an action in equity to set aside
certain deeds to lands situated in Howell county, on
the alleged ground of fraud in their procurement.
Under the decisions of the courts of this State, the title
to real estate is directly involved within the meaning
of the Constitution defining the jurisdiction of the Su-
preme Court. [Overton v. Overton, 131 Mo. 559; Lappin
v. Crawford, 92 Mo. App. 453; Reed v. Colp, 213 Mo.
577.] This court, therefore, has no jurisdiction of the
cause for the reason that the jurisdiction of the subject-
matter is, by the Constitution of the State, vested solely
in the Supreme Court, and accordingly the cause is
transferred to that court. All concur.